CATHERINE REINHARDT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

LOUIS SCHWARTZ, Appellant, v. MAX COHEN and Others, Respondents, — Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

GEORGE STUBBMANN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Reargument ordered, and case set down for Thursday, January 4, 1917. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

GIUSEPPE TRIMBOLI and GAETANO LOPICE, Appellants, v. JOHN C. KINKEL, Respondent.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that we think that the defendant was negligent in passing the title upon the view that the executor's deed was valid. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

JOHN A. WHITE, Respondent, v. FREDERICK POTTER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

SIMON B. WHITE, Appellant, v. FREDERICK POTTER, Respondent.— Order reversed, with costs, and motion for a new trial on the ground of insufficient damages granted. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

WISNER MANUFACTURING COMPANY, Respondent, v. NATHAN KATZ and HARRY KATZ, Appellants.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

ANNA WOLTER, as Administratrix, etc., of ANNA WOLTER, Deceased, Respondent, v. RALPH L. OAKLEY and WILLIAM B. THOMPSON, Appellants, and EDWARD S. PEROT, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the refusal to charge the request, "I ask your Honor to charge that the mere fact that the defendant's car went to the left of the trolley car, was not negligence," was error to the substantial prejudice of the defendants, and upon the ground that the exceptions taken by defendants to that part of the summing up of plaintiff's counsel, in which he in effect charged that the evidence established that the drivers of the automobiles were guilty of a crime, was well taken, and that the subsequent withdrawal by such counsel of such remark, not made until the conclusion of the charge, did not cure the error, and, also, upon the ground that the defendants' exceptions to the ruling of the trial court permitting plaintiff's counsel upon the cross-examination of the witness Sarah Oakley, to show that she had repeatedly, that is, upon other occasions, driven on the west side of the street, was well taken. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

HARRY WROBEL, Appellant, v. AGNES R. COUGHLAN, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.